UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIS VENABLE,<br><br>        Plaintiff,<br><br>   v.<br><br>DR. PATEL,<br><br>        Defendant. | 1:17-cv-01519-GSA (PC)<br><br>ORDER TO SUBMIT SIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 DAYS |

        Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 14, 2017, Plaintiff filed the Complaint commencing this action, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2.) However, Plaintiff's application to proceed in forma pauperis was not signed. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a).

        Plaintiff shall be granted thirty days in which to submit a new completed application to proceed in forma pauperis bearing his signature, or in the alternative, to pay the $400.00 filing fee for this case in full within thirty days.

        Accordingly, IT IS HEREBY ORDERED that:

        Within thirty (30) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

1

the $400.00 filing fee for this action in full.  **No requests for extension will be granted without a showing of good cause**.  **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

    Dated: __**November 15, 2017**__            __/s/ Gary S. Austin__
                                                          UNITED STATES MAGISTRATE JUDGE