|   |   |
|---|---|
| 1 | |
| 2 | |
| ... | |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ELVIS VENABLE, | ) Case No. 1:17-cv-01519-AWI-BAM (PC) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER VACATING ADR SETTLEMENT<br>) CONFERENCE SET FOR SEPTEMBER 27, 2018 |
| DR. PATEL, | ) ORDER DIRECTING CLERK OF COURT TO<br>) ISSUE DISCOVERY AND SCHEDULING ORDER |
| Defendant. | ) |

Plaintiff Elvis Venable is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

This matter is set for an Alternative Dispute Resolution ("ADR") conference on September 27, 2018 before Magistrate Judge Stanley A. Boone. On August 30, 2018, Defendant filed a statement requesting to "opt-out" of the settlement conference, on extension. (Doc. No. 25.) Defense counsel declared in support that following conversations with Plaintiff and an evaluation of the case, a conference would not be beneficial at the present time.

Therefore, the Court finds that the interest of justice would be served by vacating the September 27, 2018 settlement conference. A conference may be rescheduled at a later date, if appropriate.

///

///

Accordingly, it is HEREBY ORDERED that:

1. The Settlement Conference set for September 27, 2018 before the Honorable Stanley A. Boone is vacated; and

2. The Clerk of the Court is directed to issue a discovery and scheduling order.

IT IS SO ORDERED.

Dated: **August 31, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE