UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIS VENABLE,<br><br>            Plaintiff,<br><br>        v.<br><br>DR. PATEL,<br><br>            Defendant. | Case No. 1:17-cv-01519-AWI-BAM (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>(ECF No. 28)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Elvis Venable is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 11, 2019, Defendant Patel filed a motion for partial summary judgment on Plaintiff's claim for damages related to mental and emotional injuries resulting from Defendant's alleged conduct. (ECF No. 28.)

Plaintiff's opposition was due not more than twenty-one (21) days after the date of service of Defendant's motion. Local Rule 230(l). However, more than twenty-one days have passed since Defendant served his motion for partial summary judgment, but Plaintiff has not filed an opposition or statement of non-opposition to the motion. Also, Plaintiff has not otherwise communicated with the Court.

///

1

Therefore, pursuant to Local Rule 230(l), Plaintiff is HEREBY ORDERED to file an opposition, or a statement of non-opposition, to Defendant's motion for partial summary judgment within **twenty-one (21) days** from the date of service of this order.  <u>If Plaintiff fails to file an opposition, or a statement of non-opposition, within the allotted time, Defendant's motion for partial summary judgment will be deemed submitted for decision and the Court will view all of the facts set forth in Defendant's motion for partial summary judgment as undisputed pursuant to Federal Rule of Civil Procedure 56(e)(2)</u>.

IT IS SO ORDERED.

Dated: **August 19, 2019**              /s/ *Barbara A. McAuliffe*              
                                               UNITED STATES MAGISTRATE JUDGE