# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIS VENABLE,<br><br>          Plaintiff,<br><br>    v.<br><br>DR. PATEL,<br><br>          Defendant. | Case No.: 1:17-cv-01519-AWI-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 34)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Elvis Venable is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 22, 2019, the undersigned issued findings and recommendations recommending that Defendant Patel's motion for partial summary judgment of Plaintiff's damages claim for mental and emotional injuries be granted in accordance with 42 U.S.C. § 1997e(e) and that Plaintiff's damages claim for mental and emotional injuries against Defendant Patel be dismissed with prejudice. (ECF No. 33.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Id. at 8.)

Currently before the Court is Plaintiff's motion for a 30-day extension of time to file written objections to the November 22, 2019 findings and recommendations, filed on December 12, 2019. (ECF No. 34.) Plaintiff asserts that he needs additional time to file his objections

because he did not receive the findings and recommendations until December 2, 2019, and because Kern Valley State Prison B-Yard is currently on lockdown/modified program and he is unable to go to the law library to conduct legal research.

Having considered the request, the Court finds that Plaintiff has demonstrated good cause for an extension of time. Fed. R. Civ. P. 6(b). Accordingly, Plaintiff's motion for a 30-day extension of time, (ECF No. 34), is HEREBY GRANTED. Plaintiff's objections to the November 22, 2019 findings and recommendations, (ECF No. 33), if any, shall be filed no later than **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

Dated: **December 13, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE