UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIS VENABLE,<br>             Plaintiff,<br><br>v.<br><br><br>PATEL,<br>             Defendant. | 1:17-cv-01519-BAM-(PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT **PLAINTIFF ELVIS VENABLE, CDCR #P-32015, BY TELEPHONE (VIA ZOOM)**<br><br>DATE: April 15, 2021<br>TIME:  9:30 a.m. |

Elvis Venable, inmate, CDCR #P-32015, a necessary and material witness on his own behalf in proceedings in this case on April 15, 2021, is confined at Kern Valley State Prison, 3000 Cecil Avenue, Delano, CA 93215, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by telephone (via Zoom)** before Magistrate Judge Barbara A. McAuliffe on April 15, 2021, at  9:30 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property, to appear by telephone (via Zoom)** to testify in United States District Court at the time and place above, until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of Kern Valley State Prison**

**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property, to appear by telephone (via Zoom)** to testify before the United States District Court at the time and place above, until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **March 15, 2021**　　　/s/ *Barbara A. McAuliffe*

