# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIS VENABLE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PATEL,<br><br>　　　　Defendant. | Case No. 1:17-cv-01519-BAM (PC)<br><br>ORDER RESETTING TELEPHONIC STATUS CONFERENCE<br><br>**Date: May 18, 2021**<br>**Time: 9:30 a.m.**<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING PRODUCTION OF INMATE ELVIS VENABLE, CDCR #P-32015<br>(ECF No. 46)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER BY E-MAIL ON KERN VALLEY STATE PRISON |

　　Plaintiff Elvis Venable ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's claim against Defendant Patel for nominal, compensatory, and punitive damages resulting from Defendant Patel's alleged violation of Plaintiff's Eighth Amendment rights.  All parties have consented to Magistrate Judge jurisdiction.  (ECF No. 44.)

　　A telephonic status conference in this matter is currently scheduled on April 15, 2021 at 9:30 a.m.  The Court has been informed that Kern Valley State Prison, where Plaintiff is currently

housed, cannot accommodate his appearance on this date.  In light of this information, the Court finds that the telephonic status conference will be continued to **May 18, 2021, at 9:30 a.m.**

In addition, on March 16, 2021, the Court issued a writ of habeas corpus ad testificandum directing the production of Plaintiff Elvis Venable, inmate, CDCR #P-32015, for the April 15, 2021 telephonic status conference, as a witness on his own behalf in this matter.  (ECF No. 46.) As the Court has reset the telephonic status conference for May 18, 2021, at 9:30 a.m., the transportation writ for Inmate Venable shall be vacated.

Accordingly, it is HEREBY ORDERED that:

1. The telephonic status conference set for April 15, 2021, at 9:30 a.m. is RESET for **May 18, 2021, at 9:30 a.m.** before the undersigned in Courtroom 8 (BAM);
2. The parties shall appear **telephonically (via Zoom)**;
3. Defense counsel shall contact Courtroom Deputy, Esther Valdez, at (559) 499-5788 or evaldez@caed.uscourts.gov for the Zoom dial-in information for all parties;
4. Defense counsel is required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed;
5. The writ of habeas corpus ad testificandum directing the production of Elvis Venable, inmate, CDCR #P-32015, issued on March 16, 2021, (ECF No. 46), is VACATED;
6. The Clerk's Office shall serve a courtesy copy of this order by e-mail on the Litigation Coordinator at Kern Valley State Prison, and on the Litigation Coordinator of any other institution(s) which require this information; and
7. The Court will issue an amended transportation writ for Plaintiff's telephonic appearance in due course.

IT IS SO ORDERED.

Dated:   **March 23, 2021**                    /s/ *Barbara A. McAuliffe*
                                               UNITED STATES MAGISTRATE JUDGE