# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIS VENABLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PATEL,<br><br>　　　　　Defendant. | Case No.  1:17-cv-01519-BAM (PC)<br><br>ORDER CONTINUING TELEPHONIC TRIAL CONFIRMATION HEARING<br><br>**Telephonic Trial Confirmation Hearing:**<br>Date:  **December 13, 2021**<br>Time:  **9:00 a.m.**<br>Judge:  **Barbara A. McAuliffe** |

　　　　Due to various scheduling conflicts, including an upcoming jury trial before the undersigned, the Telephonic Trial Confirmation Hearing currently scheduled for December 1, 2021, at 9:00 a.m. before the undersigned will be continued.

　　　　Accordingly, IT IS HEREBY ORDERED as follows:

1. The Telephonic Trial Confirmation Hearing is CONTINUED from December 1, 2021, at 9:00 a.m. to **December 13, 2021, at 9:00 a.m.** in Courtroom 8.  The parties shall appear **telephonically (via Zoom)**;

2. Defense counsel shall contact Courtroom Deputy, Esther Valdez, at (559) 499-5788 or evaldez@caed.uscourts.gov for the Zoom dial-in information for all parties.  **Defense counsel is required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed to provide the**

**necessary dial-in information and confirm whether the institution is able to produce Plaintiff for a telephonic appearance at the scheduled date and time**; and

3. Any necessary transportation writ will be issued in due course.

IT IS SO ORDERED.

Dated: **November 3, 2021**          /s/ *Barbara A. McAuliffe*         
                                   UNITED STATES MAGISTRATE JUDGE