UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| ELVIS VENABLE,<br>                Plaintiff,<br><br>v.<br><br>PATEL,<br>                Defendant. | 1:17-cv-01519-BAM (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT **PLAINTIFF ELVIS VENABLE, CDCR # P-32015, <u>BY TELEPHONE</u>**<br><br>DATE: December 13, 2021<br>TIME:  9:00 a.m. |
|---|---|

    **Elvis Venable**, inmate, **CDCR #P-32015**, a necessary and material witness on his own behalf in proceedings in this case on **December 13, 2021**, is confined at High Desert State Prison, P.O. Box 3030, Susanville, CA 96127, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by telephone (via Zoom)** before Magistrate Judge Barbara A. McAuliffe on December 13, 2021, at 9:00 a.m.

    **ACCORDINGLY, IT IS ORDERED that:**

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property, to appear by telephone (via Zoom)** to testify in United States District Court at the time and place above, until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of High Desert State Prison**

    **WE COMMAND** you to produce the inmate named above, **along with any necessary legal property, to appear by telephone (via Zoom)** to testify before the United States District Court at the time and place above, until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **November 15, 2021**          /s/ Barbara A. McAuliffe
                                                           UNITED STATES MAGISTRATE JUDGE

