# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIS VENABLE,<br><br>               Plaintiff,<br><br>     v.<br><br>PATEL,<br><br>               Defendant. | Case No. 1:17-cv-01519-BAM (PC)<br><br>**ORDER CONTINUING TRIAL DATE, SETTING TELEPHONIC STATUS CONFERENCE, AND EXTENDING DEADLINE FOR SUBMISSION OF TRIAL DOCUMENTS**<br><br><u>**Telephonic Status Conference**</u>: **Monday, March 28, 2022**, at 9:30 a.m.<br><br><u>**Jury Trial**</u>: **Wednesday, April 20, 2022**, at 8:30 a.m. in Courtroom 8 (BAM)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING PRODUCTION OF INMATE ELVIS VENABLE, CDCR #P-32015 (ECF No. 81)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER BY E-MAIL ON CALIFORNIA CORRECTIONAL INSTITUTION |

Plaintiff Elvis Venable ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's claim against Defendant Patel for nominal, compensatory, and punitive damages resulting from Defendant Patel's alleged violation of Plaintiff's Eighth Amendment rights. All

1

parties have consented to Magistrate Judge jurisdiction.  (ECF No. 44.)

On January 31, 2022, a motion in limine hearing was held via Zoom video conference. (ECF No. 86.)  As discussed on the record, the Court finds it necessary and appropriate to continue trial in this action to **Wednesday, April 20, 2022, at 8:30 a.m.** in Courtroom 8.  Also as discussed on the record, the deadline for submission of the parties' trial documents (including verdict form, jury instructions, proposed voir dire, and statement of the case), as set forth in the Court's December 14, 2021 pretrial order, (ECF No. 76), is extended to **February 28, 2022**.

In addition, on January 18, 2022, the Court issued a writ of habeas corpus ad testificandum directing the production of Plaintiff Elvis Venable, inmate, CDCR #P-32015, for the original February 14, 2022, trial date.  (ECF No. 81.)  As the Court has reset trial for April 20, 2022, at 8:30 a.m., the transportation writ for Inmate Venable shall be vacated.

Finally, a telephonic status conference to discuss any further trial preparations will be set for **Monday, March 28, 2022, at 9:30 a.m.**

Accordingly, it is HEREBY ORDERED as follows:

1. The jury trial in this action is CONTINUED to **Wednesday, April 20, 2022, at 8:30 a.m.** in Courtroom 8 (BAM);
2. A telephonic status conference is SET for **Monday, March 28, 2022, at 9:30 a.m.**;
    a. The parties shall appear **telephonically (via Zoom)**;
    b. Defense counsel shall contact Courtroom Deputy, Esther Valdez, at (559) 499-5788 or evaldez@caed.uscourts.gov for the Zoom dial-in information for all parties;
    c. Defense counsel is required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed;
3. The parties shall submit trial documents (verdict form, jury instructions, proposed voir dire, and statement of the case), as set forth in the December 14, 2021, pretrial order, (ECF No. 76), on or before **February 28, 2022**;
4. The writ of habeas corpus ad testificandum directing the transportation of Elvis Venable, inmate, CDCR #P-32015, issued on January 18, 2022, (ECF No. 81), is VACATED;

5. The Clerk's Office shall serve a courtesy copy of this order by e-mail on the Litigation Coordinator at California Correctional Institution, and on the Litigation Coordinator of any other institution(s) which require this information; and

6. The Court will issue all necessary transportation writs and amended transportation writs in due course.

IT IS SO ORDERED.

Dated: **January 31, 2022**      /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE