# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIS VENABLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PATEL,<br><br>　　　　　Defendant. | Case No. 1:17-cv-01519-BAM (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION IN LIMINE I.B.<br><br>(ECF No. 80) |

**I.    Procedural Background**

Plaintiff Elvis Venable ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's claim against Defendant Patel for nominal, compensatory, and punitive damages resulting from Defendant Patel's alleged violation of Plaintiff's Eighth Amendment rights.  All parties have consented to Magistrate Judge jurisdiction.  (ECF No. 44.)  This action is currently set for jury trial to begin on April 20, 2022.

On January 4, 2022, Defendant filed motions in limine.  (ECF No. 80.)  Defendant's motions were heard before the undersigned during a Zoom video conference hearing on January 31, 2022.  (ECF No. 86.)  Following the hearing, the Court issued an order ruling on the motions in limine and holding in abeyance motion in limine I.B.  (ECF No. 87.)  The Court ordered Defendant to submit supplemental briefing on motion in limine I.B. and permitted Plaintiff to file

an opposition or other response to Defendant's supplemental briefing. (*Id.*) The Court also set a telephonic status conference for March 28, 2022 to discuss the supplemental briefing and confirm the trial date. (ECF No. 88.)

The status conference was held on March 28, 2022. Plaintiff appeared by video and phone on his own behalf, and attorneys Robert M. Perkins, Lucia Q. Li, and Sharon A. Garske appeared by video and phone on behalf of Defendant.[1]

Defendant submitted supplemental briefing on motion in limine I.B. on February 24, 2022. (ECF No. 90.) As discussed on the record, Plaintiff received a copy of Defendant's supplemental briefing the week prior to the status conference. The parties confirmed their readiness for the scheduled trial date, and argument was heard from all parties on motion in limine I.B. The motion is deemed submitted. Local Rule 230(l).

**II.      Defendant's Motion in Limine I.B. – Evidence of Plaintiff's Felony Conviction**

Defendant's request for judicial notice of documents submitted in support of their supplemental briefing, (ECF No. 90), is granted. The Court finds that the documents consist of the types of facts that are judicially noticeable. Fed. R. Evid. 201(b).

Defendant's motion to introduce evidence of Plaintiff's felony conviction under Federal Rule of Evidence 609(a)(1) (ECF No. 80-3, pp. 3–4; ECF No. 90), is granted. As discussed on the record, Defendant is permitted to introduce evidence of the fact of Plaintiff's felony conviction and the fact that he is serving a state sentence related to that conviction, but is not permitted to refer to the nature of the crime or the length of sentence being served. Plaintiff is further prohibited from discussing his pending habeas petition in the presence of the jury, unless otherwise instructed by the Court.

///

///

///

---

[1] Due to technical issues at Plaintiff's institution, the hearing began by video and was completed by telephone. All parties and counsel were present by video or by telephone for the duration of the proceedings on the record.

**III. Order**

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's request for judicial notice, (ECF No. 90), is GRANTED;
2. Defendant's motion in limine I.B., (ECF No. 80-3, pp. 3–4; ECF No. 90), is GRANTED, as discussed above and on the record; and
3. Jury trial in this matter remains scheduled for **April 20, 2022, at 8:30 a.m.** before the undersigned in Courtroom 8, United States District Court, 2500 Tulare Street, Fresno, California.

IT IS SO ORDERED.

Dated: **March 28, 2022**          /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE