

FILED
APR 20 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____EV_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIS VENABLE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ISMAEL PATEL,<br><br>　　　　　Defendant. | Case No. 1:17-cv-01519-BAM (PC)<br><br>ORDER REQUIRING PRODUCTION OF PLAINTIFF **ELVIS VENABLE, CDCR #P-32015**, FOR TRIAL ON APRIL 21, 2022 AT 8:00 A.M. |

**Plaintiff Elvis Venable, CDCR #P-32015**, shall be produced to testify, **along with his legal property**, before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Thursday, April 21, 2022, and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

Dated: 4/20/22

_____
BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1