FILED
APR 21 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIS VENABLE,<br><br>             Plaintiff,<br><br>   v.<br><br>ISMAEL PATEL,<br><br>             Defendant. | Case No.  1:17-cv-01519-BAM (PC)<br><br>NOTICE AND ORDER THAT PLAINTIFF **ELVIS VENABLE, CDCR #P-32015**, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

The jury trial in this matter commenced on April 20, 2022, and **Plaintiff Elvis Venable, CDCR #P-32015,** has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: 4/21/22

_____
BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1