FILED
APR 21 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ELVIS VENABLE, | No. 1:17-cv-01519-BAM (PC) |
|---|---|
| Plaintiff, | |
| v. | JUDMENT IN A CIVIL ACTION |
| PATEL, | |
| Defendant. | |

JURY VERDICT: This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS HEREBY ORDERED AND ADJUGED that JUDGMENT be entered in favor of Defendant and against Plaintiff on all of plaintiff's claims, according to the verdicts of the trial the jury returned in open Court on April 21, 2021.

The Clerk of the Court is instructed to close this case.

Dated: April 21, 2022                     KEITH HOLLAND, CLERK OF THE COURT

                                          By: /s/ Esther Valdez
                                          Esther Valdez, Deputy Clerk

1